In the Matter of the Application of GERTRUDE M. STEWART, a Judgment Creditor, Appellant, for the Examination of the MUTUAL RESERVE LIFE INSURANCE COMPANY, Respondent, in a Proceeding Supplementary to an Execution against the Property of the NORTHWESTERN LIFE ASSURANCE COMPANY, a Judgment Debtor.

*Matter of Stewart*, 86 App. Div. 627, affirmed.
(Argued January 5, 1904; decided January 19, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 13, 1903, which affirmed an order of Special Term vacating an order for the examination of a third party in proceedings

supplementary to execution, and an order denying a motion to set aside such order of vacation.

*Charles Blandy* and *Edmund L. Mooney,* for appellant.

*George Burnham, Jr.,* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.    Absent: O'BRIEN, J.